```
 1  McCARTHY, JOHNSON & MILLER
        LAW CORPORATION
 2  LORI A. NORD, ESQ., #87993
    595 Market Street, Suite 2200
 3  San Francisco, CA  94105
    Telephone:  (415) 882-2992
 4  Facsimile:  (415) 882-2999
    E-mail:     lnord@mjmlaw.us
 5
    Attorneys for Plaintiffs
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  BOARD OF TRUSTEES OF THE U.A. LOCAL  ) No. C 05-02557 EDL
    NO. 159 HEALTH AND WELFARE TRUST     )
12  FUND; BOARD OF TRUSTEES OF THE U.A.  ) APPLICATION EXTENDING CASE
    LOCAL NO. 159 PENSION TRUST FUND;    ) MANAGEMENT DATES AND ORDER
13  BOARD OF TRUSTEES OF THE U.A. LOCAL  )
    NO. 159 JOURNEYMAN AND APPRENTICE    )
14  TRAINING TRUST FUND; AND BOARD OF    )
    TRUSTEES OF THE TRICO PIPES LABOR-   )
15  MANAGEMENT COOPERATION COMMITTEE     )
    TRUST FUND,                          )
16                                       )
                 Plaintiffs,             )
17                                       )
         v.                              )
18                                       )
    KURT A. ERNST, individually and      )
19  doing business as ERNST MECHANICAL   )
    CO.,                                 )
20                                       )
                 Defendant.              )
21  _____ )
22
23       1.   The Complaint in this action was filed with the Court on
24  June 22, 2005.
25       2.   On June 24, 2005, we sent all pleadings to defendant with
26  A Notice of Lawsuit and Request for Waiver of Service of Summons.
27  The defendant did not return the Waiver of Service.
28  ////
```

APPLICATION EXTENDING CASE MANAGEMENT DATES AND ORDER - C 05-02557 EDL        Page 1

1    3.   On July 25, 2005, we sent these pleadings to our process
2 server to serve the Defendant.  The process server has been unable
3 to serve the defendant at his last known business address and his
4 last known residence address despite a total of twelve (12)
5 attempts by the process server.  See, the Declaration of Toshinori
6 Kawase attached hereto as Exhibit 1.
7    4.   On August 12, 2005, Mr. Alireza Saffarian called me and
8 left a voice message identifying himself as defendant's accountant
9 who Mr. Ernst asked to work with me to resolve this matter.  On
10 September 16, 2005, after speaking to Mr. Saffarian on September
11 15, I sent Mr. Saffarian another set of pleadings.  I requested
12 that he obtain and return the defendant's signed waiver of service
13 and written authorization allowing Mr. Saffarian to discuss the
14 facts of the case with me.  To date, we have not received the
15 returned waiver of service.
16    5.   Plaintiffs will be unable to serve defendant by the dates
17 set in the June 22 Order Setting Initial Case Management
18 Conference.  Plaintiffs will check with the Local Union to see if
19 it has a better address at which to serve the defendant.
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

APPLICATION EXTENDING CASE MANAGEMENT DATES AND ORDER - C 05-02557 EDL        Page 2

1      6.  As a result of the inability to serve Mr. Ernst,
2  plaintiffs request they be relieved from the dates contained in the
3  Court's June 22 Order and be given until November 10, 2005 to serve
4  the defendant, dismiss the case without prejudice, or file a motion
5  to serve by publication.  Plaintiffs also request that the Court
6  vacate its June 22 Order, continue the October 25 Case Management
7  Conference to a later date,  and issue a new Case Management
8  Conference Order as it deems appropriate.
9  Dated:  September 27, 2005     Respectfully submitted,
10                                         McCARTHY, JOHNSON & MILLER
                                            LAW CORPORATION
11
12
13                               By:    /s/  Lori A. Nord
                                   LORI A. NORD

1    IT IS SO ORDERED.  The Court's June 22, 2005 Order Setting
2 Initial Case Management Conference is hereby vacated, and the Case
3 Management Conference is rescheduled to __December 6_____, 2005.
4 at 3:00 p.m.  A joint case management conference statement shall be filed no later than November 29, 2005.
5 Dated:  September _28_, 2005         _____
6                                      ELIZABETH D. LAPORTE
                                       United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

APPLICATION EXTENDING CASE MANAGEMENT DATES AND ORDER - C 05-02557 EDL        Page 4